IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ACORN INDUSTRIAL PRODUCTS CO.**<br>Plaintiff, | :<br>:<br>: |
| v. | :     Civ. No. 23-4780 |
| **ACORN INDUSTRIAL INC.**, *et al.*,<br>Defendants. | :<br>:<br>:<br>: |

## O R D E R

On August 30, 2024, I ordered counsel for both parties to submit a Status Report no later than September 6, 2024, in advance of a Status Conference on September 10, 2024. (Doc. No. 35.) Although Plaintiff submitted a status report (Doc. No. 36), Defendants did not. After I rescheduled the Status Conference (Doc. Nos. 38, 40), Defendants still did not submit a Status Report—but were very prompt in informing me that the rescheduled date conflicted with Counsel's pre-planned vacation. (Doc. No. 39.) I have previously ordered Defendants to respond to Plaintiff's Status Reports—and even to Plaintiff's Complaint—on several occasions. (Doc. Nos. 16, 26, 28, 32). Accordingly, I am unlikely to conduct such outreach again. **AND NOW**, this 1st day of October, 2024, it is **ORDERED** that Defendants respond to Plaintiff's Status Report (Doc. No. 36) **by October 2, 2024 at 1 p.m.**

FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS.

                                                    AND IT IS SO ORDERED.

                                                */s/ Paul S. Diamond*
                                                Paul S. Diamond, J.