## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ACORN INDUSTRIAL PRODUCTS CO.** <br> Plaintiff, | : <br> : <br> : |
| v. | :    Civ. No. 23-4780 |
| **ACORN INDUSTRIAL INC.,** *et al.*, <br> Defendants. | : <br> : <br> : |

## **O R D E R**

**AND NOW**, this 4th day of October, 2024, it having been reported that the Parties in the above action have reached a settlement in principle, and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court and Rule 41 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** that the above action is **DISMISSED with prejudice and without costs**.  This order may be vacated or stricken from the record for good cause within ninety days.  See E.D. Pa. Local R. Civ. P. 41.1(b).

                                                    **AND IT IS SO ORDERED.**

                                                    /s/ Paul S. Diamond <br>
                                                    Paul S. Diamond, J.